CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 12 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ABDUL-HAMZA WALI MUHAMMAD, | ) | CASE NO. 7:16CV00034 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| DR. HAPPY EARL SMITH, ET AL., | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant(s). | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

as follows:

1. Plaintiff's motions to amend (ECF No. 26 and 29), seeking to dismiss Claims 3 and 4 of the amended complaint without prejudice, are **GRANTED**;

2. Plaintiff's motions for preliminary injunction (ECF Nos. 2 and 10) are **DENIED**; and

3. Plaintiff's amended complaint (ECF No. 10) is **DISMISSED**, pursuant to 28 U.S.C. § 1915A(b)(1), for failure to state a claim against the following defendants, who may be terminated as parties to the action: Mullins, Lovell, Murphy, Adams, Still, Tate, Barksdale, Phipps, Hamilton, and Schillings; but the amended complaint is **DISMISSED** without prejudice as to possible claims against Dr. Smith, and by separate order, the court will set a scheduling order for plaintiff to file a second amended complaint against this defendant.

ENTER: This 12 day of April, 2016.

/s/ Glen E. Conrad
Chief United States District Judge