CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 03 2016

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ABDUL-HAMZA WALI MUHAMMAD, | ) | CASE NO. 7:16CV00034 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | FINAL ORDER |
| | ) | |
| | ) | |
| DR. HAPPY EARL SMITH, ET AL., | ) | By: Hon. Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendants. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

as follows:

1.   Plaintiff's motion for summary judgment (ECF No. 53) is **DENIED**;

2.   Plaintiff's motion (ECF No. 53) is hereby also **CONSTRUED AND GRANTED** as a motion to amend, and the clerk shall **ADD** the following defendants to the docket:  Linda Stump, Shaina Mullins, Janet Lynn Deel, Steffany Stallard, Wendy McCoy, and Emily Cox;

3.   Plaintiff's motion (ECF No. 53) is hereby also **CONSTRUED AND GRANTED** as a motion for voluntary dismissal of plaintiff's Claim 1, and this claim, alleging that Dr. Smith used excessive force and/or sexually assaulted plaintiff is **DISMISSED** without prejudice;

4.   Defendant's motion to dismiss (ECF No. 49) is **GRANTED** as to plaintiff's claim that Dr. Smith acted with deliberate indifference to his serious medical needs related to bloody stools;

5.     Plaintiff's claims against the following defendants are **DISMISSED** without prejudice under 28 U.S.C. § 1915A(b)(1) for failure to state any actionable claim: Linda Stump, Shaina Mullins, Janet Lynn Deel, Steffany Stallard, Wendy McCoy, and Emily Cox; and

6.     The clerk shall **STRIKE** this case from the active docket of the court.

**ENTER**: This ___3rd___ day of November, 2016.

Chief United States District Judge

2